# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 07, 2021

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

> Re: Case No. 21-3266, *Jeff Daly, et al v. Charmaine McGuffey, et al*
> Originating Case No. 1:18-cv-00346

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Robin L Baker, Case Manager for
                                    Antoinette Macon, Case Manager
                                    Direct Dial No. 513-564-7015

cc:  Mr. Benjamin Michael Flowers
      Mr. Michael Jason Hendershot
      Mr. Peter L. Jamison
      Mr. James S. Sayre
      Mr. David Todd Stevenson
      Mr. Christopher David Wiest
      Mr. Robert Albert Winter Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-3266

_____

Filed: December 07, 2021

JEFF DALY; CHRIS JARVIS

    Plaintiffs - Appellants

v.

SHERIFF CHARMAINE MCGUFFEY, in her official capacity; JOSEPH T. DETERS, in his official capacity as the Hamilton County Prosecutor; LIEUTENANT SCOTT KUNTZ, Commander of the Ohio State Highway Patrol Cincinnati Metro Post, in his official capacity; SHERIFF CHARMAINE MCGUFFEY

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 11/15/2021 the mandate for this case hereby issues today.

 COSTS:  None